**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00795-CMA-KLM

BISON DESIGNS, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

BENSUSSEN DEUTSCH & ASSOCIATES, INC., a Washington corporation,
JACOB DEUTSCH, an individual,
ERIC BENSUSSEN, an individual, and
DOES 1 through 10, inclusive,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER is before the Court on the parties' Stipulated Notice of Dismissal of All Claims (Doc. # 17). The Court having considered the Notice of Dismissal, hereby

ORDERS that this action is DISMISSED WITH PREJUDICE.

DATED: August __9__, 2010

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge